USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
WILLIAM ZHANG and CHASE WILLIAMS, *individually and on behalf of others similarly situated,*

                                      Plaintiffs,

-against-

HDR GLOBAL TRADING LIMITED, ABS GLOBAL TRADING LIMITED, ARTHUR HAYES, BEN DELO, and SAMUEL REED,

                                      Defendants.

20-CV-2805 (ALC)

------------------------------------------------------------------ x

BRETT MESSIEH and DREW LEE, *individually and on behalf of others similarly situated*,

                                      Plaintiffs,

-against-

HDR GLOBAL TRADING LIMITED, ABS GLOBAL TRADING LIMITED, ARTHUR HAYES, BEN DELO, and SAMUEL REED,

                                      Defendants.

20-CV-3232 (ALC)

------------------------------------------------------------------ X

ANDREW L. CARTER, JR., District Judge:

      The Court is in receipt of the Letters from the Parties requesting pre-motion conferences. *See* Docket 20-CV-2805 (ECF Nos. 40, 41, 42, 43, 44); Docket 20-CV-3232 (ECF Nos. 42, 43). These requests are **GRANTED.** The Parties in both related actions—*Williams v. HDR Global Trading Limited*, No. 20-CV-2805 (S.D.N.Y.) and *Messieh v. HDR Global Trading Limited*, No. 20-CV-3232 (S.D.N.Y.)—should contact the Court on **Friday July 24, 2020 at 1:00 p.m.** for a

telephone conference. The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**     **July 16, 2020**
             **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**