```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __04/28/2021__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CHASE WILLIAMS,** *individually and on behalf of all others similarly situated*, ET AL.,

       Plaintiffs,

-against-

**HDR GLOBAL TRADING LIMITED, ET AL.,**

       Defendants.

20-cv-2805 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Plaintiff Williams' Notice of Voluntary Dismissal submitted on April 27, 2021. ECF No. 76. Plaintiffs are hereby ORDERED to clarify whether both Plaintiffs are voluntarily dismissing the case, and if so, to file an updated Notice of Voluntary Dismissal by no later than April 30, 2021.

**SO ORDERED.**

Dated: April 28, 2021
    New York, New York

                **ANDREW L. CARTER, JR.**
                **United States District Judge**