# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHASE WILLIAMS, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>    v.<br><br>HDR GLOBAL TRADING LIMITED, ABS GLOBAL TRADING LIMITED, 100X HOLDINGS LIMITED, SHINE EFFORT INC LIMITED, HDR GLOBAL SERVICES (BERMUDA) LIMITED, ARTHUR HAYES, BEN DELO, and SAMUEL REED,<br><br>     Defendants. | No. 1:20-cv-02805-ALC<br><br>**UPDATED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiff Chase Williams and Plaintiff William Zhang (who is not a Lead Plaintiff in this matter), through their counsel, hereby give notice that the above-captioned action is voluntarily dismissed in its entirety, without prejudice and without costs or attorneys' fees to any party, against Defendants HDR Global Trading Limited, ABS Global Trading Limited, 100x Holdings Limited, Shine Effort Inc Limited, HDR Global Services (Bermuda) Limited, Arthur Hayes, Ben Delo, and Samuel Reed.

Dated: April 28, 2021
New York, NY

|  |  |
|---|---|
|  | */s/ Jordan A. Goldstein* |
| Kyle W. Roche | Philippe Z. Selendy |
| Edward Normand | Jordan A. Goldstein |
| Velvel (Devin) Freedman (pro hac vice) | Joshua Margolin |
| Joseph M. Delich | Mitchell Nobel |
| Richard R. Cipolla | SELENDY & GAY PLLC |
| ROCHE FREEDMAN LLP | 1290 Sixth Avenue, 17th Floor |
| 99 Park Avenue, 19th Floor | New York, NY 10104 |
| New York, NY | pselendy@selendygay.com |
| kyle@rcfllp.com | jgoldstein@selendygay.com |
| tnormand@rcfllp.com | jmargolin@selendygay.com |
| vel@rcfllp.com | mnobel@selendygay.com |
| jdelich@rcfllp.com |  |
| rcipolla@rcfllp.com | *Co-Lead Counsel and Attorneys for Plaintiff and the Proposed Class* |